# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0492
LT Case No. 16-2021-CC-008906

_____

ALICE SANFORD,

Appellant,

v.

SUPERIOR FENCE AND RAIL OF
NORTH FLORIDA, INC.,

Appellee.

_____

On appeal from the County Court for Duval County.
Jonathan D. Sacks, Judge.

Alice Sanford, Orange Park, pro se.

Christopher L. Johnson, Oviedo, for Appellee.

November 21, 2023

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————